UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| DOUGLAS BURR, et al.,<br>  Plaintiffs,<br><br>v.<br><br>RODNEY BOUFFARD, et al.,<br><br>  Defendants | )<br>)<br>)<br>)<br>) No. 1:20-cv-00206-GZS<br>)<br>)<br>)<br>)<br>) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on January 29, 2021, his Recommended Decision (ECF No. 17).  Defendants filed their Objection to the Recommended Decision (ECF No. 18) on February 12, 2021.  Plaintiffs filed their Response to Defendant's Objection to the Recommended Decision (ECF No. 19) on February 25, 2021.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

  1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

  2. It is **ORDERED** Defendants' Motion to Dismiss (ECF No. 14) is hereby **GRANTED IN PART AND DENIED IN PART**.  The Motion is **GRANTED** as to Plaintiff Rebbecca Burr's § 1983 claim based on the denial of contact visits, as to Plaintiff Rebbecca Burr's defamation claim, as to Plaintiff Douglas Burr's claim for injunctive relief based on the events of June 2014, and as to Plaintiff Douglas Burr's claim for damages based on the events of June 2014, except for damages

related to Defendants' failure to afford Plaintiff Douglas Burr a meaningful review of his segregation status.  The Motion is otherwise **DENIED.**

                                                                   /s/George Z. Singal_____
                                                                   U.S. District Judge

Dated this 2nd day of March, 2021.