## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| DOUGLAS BURR and REBECCA BURR, <br><br> Plaintiffs, <br><br> v. <br><br> RODNEY BOUFFARD, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) **Civil No. 2:20-cv-00206-GZS** |

### CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER

By undersigned counsel, Defendants Rodney Bouffard, Matthew Magnusson, Troy Ross, Lydia Burnham, Kenneth Vigue, Harold Abbot, David Allen, Randall Liberty, and the Maine Department of Corrections move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for a 60-day extension of time to file an answer in this matter. Plaintiffs have consented to such extension.

There is good cause for granting the extension. The parties are actively seeking settlement, and they currently await the scheduling of a settlement conference in the related state court case. In that conference, the parties intend to pursue a global settlement of both this case and the state court matter. A 60-day extension will afford time for that conference to be scheduled and held, and will help ensure that no further costs are accrued in the interim.

Defendants therefore respectfully request that the Court extend the deadline for Defendants to file their answer by 60 days, to May 18, 2021.

Dated:  March 4, 2021                                  Respectfully submitted,

                                      AARON M. FREY
                                      Attorney General

                                      /s/ Jason Anton
                                      Jason Anton
                                      Assistant Attorney General
                                      6 State House Station
                                      Augusta, ME  04333-0006
                                      Tel: (207) 626-8800

**CERTIFICATE OF SERVICE**

  I hereby certify that on the date stated above, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notice of such filing to the Plaintiff in this matter.

            /s/ Jason Anton