# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DOUGLAS BURR and<br>REBECCA BURR,<br><br>      Plaintiffs,<br><br>v.<br><br>RODNEY BOUFFARD, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)   **Civil No. 2:20-cv-00206-GZS**<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)

NOW COME the parties to this action, through their undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby dismiss this action and all claims, including claims for attorney's fees, that were or could have been asserted herein, with prejudice and without costs.

Date: July 13, 2021

Jointly Submitted,

/s/ *Jason Anton*
Jason Anton
Assistant Attorney General
Six State House Station
Augusta, ME  04333-0006
Tel. (207) 626-8800
Fax (207) 287-3145
Jason.Anton@maine.gov

*Attorney for Defendants*

/s/ *Eric M. Mehnert*
Eric M. Mehnert, Esq.
Hawkes & Mehnert, P.C.
21 College Heights
Orono, Maine 04473
Tel. (207) 735-7127
emehnert@hm-law.us

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the date stated above, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notice of such filing to all counsel of record in this matter.

/s/ Jason Anton